UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AMIGO SHUTTLE INC.,

                Plaintiff,              22-cv-10361 (PKC)

   -against-                            ORDER

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY, et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        As a result of a pretrial conference held today, it is ORDERED that the deadline for seeking any further amendment to the existing pleading is 21 days from the date of this Order. Defendant Port Authority may move to dismiss by April 28, 2023. Plaintiff may respond by May 29, 2023. Defendant Port Authority may reply by June 16, 2023.

        All discovery is stayed pending the hearing and determination of the motion.

        SO ORDERED.

                                                P. Kevin Castel
                                     United States District Judge

Dated: New York, New York
       March 20, 2023