**MANDATE**

1:22-cv-10361 (PKC)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of August, two thousand twenty-four,

Amigo Shuttle Inc., Michael H. Connery, Jr.,

    Plaintiff - Appellants,

v.

Port Authority of New York and New Jersey, Kew T Flyer Inc., Christina Contumelio, Susan Warner Dooley, Amy Fisher, Sherien Khella,

    Defendants - Appellees.

ORDER
Docket No. 24-1087

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 30 2024

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/30/2024