**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
AMIGO SHUTTLE INC. and MICHAEL H.
CONNERY, JR.,

                Plaintiff,

      -against-                            22 **CIVIL** 10361 (PKC)


THE PORT AUTHORITY OF NEW YORK AND               **JUDGMENT**
NEW JERSEY, KEW T. FLYER INC.,
CHRISTINA CONTUMELIO, SUSAN WARNER
DOOLEY, AMY FISHER and SHERIEN
KHELLA,

                Defendants.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 13, 2024, Count One and Count Two are dismissed as to defendants KTF and Contumelio. Count Three is dismissed as to the Port Authority Defendants. The Court has declined to exercise supplemental jurisdiction over plaintiffs' remaining state law claims. Plaintiffs' application for leave to move to amend is denied. Judgment is entered for all defendants on Count One and Count Two, and on Count Three as to defendants Port Authority of New York and New Jersey, Susan Warner Dooley, Amy Fisher and Sherien Khella only; accordingly, the case is closed.

**Dated:**  New York, New York

       December 16, 2024

                                   **TAMMI M. HELLWIG**

                                  _____
                                     **Clerk of Court**

            **BY:**         *K. Mango*

                                  _____
                                     **Deputy Clerk**